**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

JODY LYNN SCHYSM                              CIVIL ACTION NO.  2:23-CV-00035

VERSUS                                        JUDGE JAMES D. CAIN, JR.

COMMISSIONER OF SOCIAL                        MAGISTRATE JUDGE PEREZ-MONTES
SECURITY

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 22), and after independent (de novo) review of the record including the objections, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the final decision of the Commissioner of Social Security is **AFFIRMED**, and Jody Lynn Schysm's appeal (ECF No. 1) is **DISMISSED WITH PREJUDICE**.

THUS DONE in Chambers on this 11th day of May, 2026.

James D. Cain, Jr.
United States District Judge